KEKER, VAN NEST & PETERS LLP
MICHELLE YBARRA - # 260697
mybarra@keker.com
JUSTINA SESSIONS - # 270914
jsessions@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
PHILIP J. TASSIN - # 287787
ptassin@keker.com
DIVYA MUSINIPALLY - # 316114
dmusinipally@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiffs
ESSENTIAL ACCESS HEALTH, INC. and
MELISSA MARSHALL, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| ESSENTIAL ACCESS HEALTH, INC.; MELISSA MARSHALL, M.D., Plaintiffs, v. ALEX M. AZAR II, Secretary of U.S. Department of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and DOES 1-25, Defendants. | Case No. 4:19-cv-01195-YGR<br><br>**NOTICE OF APPEARANCE OF JUSTINA SESSIONS**<br><br>Judge:     Hon. Yvonne Gonzalez Rogers<br>Date Filed: March 4, 2019<br>Trial Date: None Set |
|---|---|

NOTICE OF APPEARANCE OF JUSTINA SESSIONS
Case No. 4:19-cv-01195-YGR

1323736.v1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Justina Sessions of the law firm of Keker, Van Nest & Peters LLP hereby makes a general appearance as counsel of record on behalf of Plaintiffs Essential Access Health, Inc. and Melissa Marshall, M.D.  Ms. Sessions is a member of the State Bar of California.  Counsel consents to electronic service of all papers in this action.  Counsel can be contacted at the following address and telephone number.

>   Justina Sessions
>   Keker, Van Nest & Peters LLP
>   633 Battery Street
>   San Francisco, CA  94111-1809
>   Telephone: 415 391 5400
>   Facsimile:  415 397 7188
>   jsessions@keker.com

Dated:  March 11, 2019             KEKER, VAN NEST & PETERS LLP

By: */s/ Justina Sessions*
MICHELLE YBARRA
JUSTINA SESSIONS
SOPHIE HOOD
PHILIP J. TASSIN
DIVYA MUSINIPALLY

Attorneys for Plaintiffs
ESSENTIAL ACCESS HEALTH, INC. and
MELISSA MARSHALL, M.D.

1323736.v1