JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
MICHELLE R. BENNETT
Assistant Branch Director
BRADLEY P. HUMPHREYS (D.C. Bar No. 988057)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, DC  20005
Tel.:  (202) 305-0878
Fax:  (202) 616-8460
Email:  Bradley.Humphreys@usdoj.gov
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESSENTIAL ACCESS HEALTH, INC., *et al.* | Case No.: 3:19-cv-01195-EMC |
| Plaintiffs, | **RELATED TO** |
| v. | Case No.: 3:19-cv-01184-EMC |
| ALEX M. AZAR II, *et al.*, | **NOTICE OF APPEAL** |
| Defendants. | **PRELIMINARY INJUNCTION APPEAL** |

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's April 26, 2019 Order granting Plaintiffs' motion for preliminary injunction.  ECF No. 78.

Dated: May 6, 2019          Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

JAMES M. BURNHAM
Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
(DC Bar No. 988057)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel:  (202) 305-0878
Fax:  (202) 616-8460
Email:  Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2019, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPRHEYS
(D.C. Bar No. 988057)